**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  95-cv-00804-LTB

CLINT SMITH,
         Plaintiff,

v.

STEVEN WAMPLER,
         Defendants.

_____

**ORDER**
_____

Upon review of this matter, pursuant to the June 14, 2005 Order and Judgment of the Tenth Circuit Court of Appeals and its Mandate, on June 16, 2005, the Plaintiff was ordered to show cause why judgment of dismissal should not be entered.  To date, no response has been filed.  It is therefore

ORDERED that this matter is DISMISSED.

                                                                                                                                                                 BY THE COURT:


                                                                                          s/Lewis T. Babcock
                                                                                      Lewis T. Babcock, Chief Judge

DATED:  August 10, 2005